**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Tatisha Arnett Bradley aka Tatisha A.**     **BK NO. 25-01484 MJC**
**Bradley aka Tatisha Bradley aka Tatisha Bradley**
**Fletcher**     **Chapter 13**

**Debtor(s)**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ *Maggie Soboleski*
Maggie Soboleski
07 Jul 2026, 17:20:54, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 9909c749c7c45e83fee3e23f92fc909a8d2573b049367e13850a306cfdee9a4e