United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                            Case No. 25-01484-MJC

Tatisha Arnett Bradley                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                Page 1 of 2

Date Rcvd: Jul 13, 2026                       Form ID: trc                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5731221 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2026 18:51:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

J. Zac Christman

                                  on behalf of Creditor Dalton Management Co. zac@jzacchristman.com
                                  office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net

Jack N Zaharopoulos

                                  ecf@pamd13trustee.com

Maggie Soboleski

                                  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com

Robert J Kidwell, III

                                  on behalf of Debtor 1 Tatisha Arnett Bradley rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Tatisha Arnett Bradley
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:25-bk-01484-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Tatisha Arnett Bradley
2615 Majestic Court
East Stroudsburg PA 18302

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/10/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 25: Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 | Lakeview Loan Servicing, LLC<br>C/O M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840<br>Lakeview Loan Servicing, LLC<br>C/O M&T Bank |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/15/26

Seth F. Eisenberg
**CLERK OF THE COURT**